**PROOF OF SERVICE**

I, Ann Williams, state:

I am a citizen of the United States. My business address is 639 Front Street, Fourth Floor, San Francisco, CA 94111. I am employed in the City and County of San Francisco where this mailing occurs. I am over the age of eighteen years and not a party to this action. On the date set forth below, I served the foregoing documents described as:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the following person(s) in this action addressed as follows:

| | |
|---|---|
| Micki S. Singer<br>SEDGWICK, DETERT, MORAN &<br>ARNOLD LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Fax: (415) 781-2635<br>*Counsel for Defendants General Motors Corporation and OnStar Corporation* | Jacqueline Maria Jauregui<br>Amand K. Mines<br>SEDGWICK, DETERT, MORAN &<br>ARNOLD LLP<br>801 South Figueroa Street, 19th Floor<br>Los Angeles, CA 90017-5556<br>Fax: 213-426.6921<br>*Counsel for Defendants General Motors Corporation and OnStar Corporation* |
| Kim D. Stephens<br>Beth E. Terrell<br>TOUSLEY BRAIN STEPHENS, PLLC<br>1700 Seventh Avenue, Suite 2200<br>Seattle, Washington 98101-4416<br>Facsimile: (206) 682-2992<br>*Counsel for Plaintiffs* | Alexander E. Barnett<br>THE MASON LAW FIRM, LLP<br>1120 Avenue of the Americas, Suite 4019<br>New York, NY 10036<br>Facsimile: (917) 591-5227<br>*Counsel for Plaintiffs* |
| Kevin L. Oufnac<br>KAHN GAUTHIER SWICK LLC<br>650 Poydras Street, Suite 2150<br>New Orleans, Louisiana 70130<br>Telephone: (504) 455-1400<br>Facsimile: (504) 455-1498<br>*Counsel for Plaintiffs* | Gary E. Mason<br>THE MASON LAW FIRM, PC<br>1225 19th Street NW, Suite 500<br>Washington, DC 20036<br>Facsimile: (202) 429-2294<br>*Counsel for Plaintiffs* |

X   **BY FIRST CLASS MAIL - I am readily familiar with my firm's practices for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.**

☐   BY PERSONAL SERVICE: - I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐   BY OVERNIGHT MAIL - I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).

1
2
☐     BY FACSIMILE - I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

3
4
5
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 5, 2007 at San Francisco, California.

6
7
            *__Ann Williams__*
            Ann Williams

8   F:\Docs\1103-01\Faxes & POS\POS.wpd

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28