| | |
|---|---|
| 1 | LEVY, RAM & OLSON |
|   | MICHAEL F. RAM   Bar No. 104805 |
| 2 | mfr@lrolaw.com |
|   | AMY G. CHEN     Bar No. 245771 |
| 3 | achen@lrolaw.com |
|   | 639 Front Street, Fourth Floor |
| 4 | San Francisco, California 94111 |
|   | Telephone: (415) 433-4949 |
| 5 | Facsimile: (415) 433-7311 |
| 6 | Attorneys for Plaintiffs |
|   | MARGARET A. GONZALES and BILLY JOE PATTON, JR. |
| 7 | |
|   | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 8 | MICKI S. SINGER  Bar No. 148699 |
|   | micki.singer@sdma.com |
| 9 | One Market Plaza |
|   | Steuart Tower, 8th Floor |
| 10 | San Francisco, CA 94015 |
|    | Telephone:    (415) 781-7900 |
| 11 | Facsimile:    (415) 781-2635 |
| 12 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|    | JACQUELINE M. JAUREGUI  Bar No. 095289 |
| 13 | jacqueline.jauregui@sdma.com |
|    | AMAND K. MINES Bar No. 155195 |
| 14 | amand.mines@sdma.com |
|    | 801 South Figueroa Street, 18th Floor |
| 15 | Los Angeles, California 90017-5556 |
|    | Telephone:    (213) 426-6900 |
| 16 | Facsimile:    (213) 426-6921 |
| 17 | Attorneys for Defendants |
|    | GENERAL MOTORS CORPORATION, and |
| 18 | ONSTAR CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. GONZALES and BILLY JOE PATTON, JR., on behalf of themselves and all others similarly situated, and on behalf of the general public, | CASE NO. C07 02580 EMC |
| | STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS GENERAL MOTORS CORPORATION AND ONSTAR CORPORATION TO RESPOND TO COMPLAINT |
| Plaintiffs, | |
| v. | [LOCAL RULE 6.1(a)] |
| GENERAL MOTORS CORPORATION, a Delaware corporation, and ONSTAR CORPORATION, a Delaware corporation, | MAGISTRATE JUDGE:   Edward M. Chen |
| | COURTROOM:          C |
| Defendant. | |

-1-                    CASE NO. C07 02580 EMC

Stipulation for Extension of Time to Respond to Complaint

## STIPULATION

1. Pursuant to Local Rule of Court 6-1(a), Plaintiffs Margaret A. Gonzales and Billy Joe Patton, Jr., and Defendants General Motors Corporation ("GM") and OnStar Corporation ("OnStar"), by and through their respective attorneys, hereby stipulate and agree to an extension of time for defendants to respond to the complaint currently on file with the Court. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

2. Currently, the responsive pleading date for defendant OnStar is June 6, 2007. The current responsive pleading date for defendant GM is June 11, 2007. Pursuant to this stipulation, defendants' responsive pleading shall be due on or before **July 6, 2007**. There have been no prior extensions of time.

**IT IS SO AGREED AND STIPULATED.**

DATED: June 5, 2007          LEVY, RAM & OLSON

By: _/s/ Michael F. Ram_
Michael F. Ram
Amy G. Chen
Attorneys for Plaintiffs
MARGARET A. GONZALES and BILLY JOE PATTON, JR.

DATED: June 5, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Micki S. Singer
Amand K. Mines
Attorneys for Defendants
GENERAL MOTORS CORPORATION and ONSTAR CORPORATION

-2- [Local rule 6.1(a)]
Stipulation for Extension of Time to Respond to Complaint

# PROOF OF SERVICE

[**Gonzales v. General Motors**
**United States District Court Northern District Case No. C07-02580-EMC**]

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 18th Floor, Los Angeles, California 90017-5556. On June 5, 2007, I served the within document(s):

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS GENERAL MOTORS CORPORATION AND ONSTAR CORPORATION TO RESPOND TO COMPLAINT**

☒    MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

| | |
|---|---|
| Kim D. Stephens, Esq.<br>Beth E. Terrell, Esq.<br>TOUSLEY BRAIN STEPHENS PLLC<br>1700 Seventh Avenue<br>Suite 2200<br>Seattle, Washington  98101-4416 | Counsel for Plaintiff<br><br>Tele:  (206)682-5600<br>Fax:   (206)682-2992<br><br>e-mail:<br>kstephens@tousley.com<br>bterrell@tousley.com |
| Gary E. Mason, Esq.<br>Alexander E. Barnett, Esq.<br>THE MASON LAW FIRM, P.C.<br>1225 19th Street, N.W., Suite 500<br>Washington, D.C.  20036 | Counsel for Plaintiff<br><br>Tele:  (202)429-2290<br>Fax:   (202)429-2294<br><br>e-mail:<br>gmason@masonlawdc.com<br>abarnett@masonlawdc.com |
| Alexander E. Barnett, Esq.<br>THE MASON LAW FIRM, P.C.<br>1120 Avenue of the Americas, Suite 4019<br>New York, New York 10036 | Counsel for Plaintiff<br><br>Tele:  (212)362-5770<br>Fax:   (212)591-5227<br><br>e-mail:<br>abarnett@masonlawdc.com |

LA/691327v1

| | |
|---|---|
| Kevin L. Oufnac, Esq.<br>KAHN GAUTHIER SWICK, LLC<br>650 Poydras Street<br>Suite 2150<br>New Orleans, Louisiana 70130 | Counsel for Plaintiff<br><br>Tele: (504)455-1400<br>Fax:  (504)455-1498<br><br>e-mail:<br>kevin.oufnac@kgscounsel.com |
| Michael F. Ram, Esq.<br>Amy G. Chen, Esq.<br>LEVY, RAM & OLSON<br>639 Front Street<br>Fourth Floor<br>San Francisco, CA 94111 | Counsel for Plaintiff<br><br>Tele: (415)433-4949<br>Fax:  (415)433-7311<br><br>e-mail:<br>mfr@lrolaw.com<br>achen@lrolaw.com |

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

    Executed on June 5, 2007, at Los Angeles, California.

*Dawn Klein* (signature)
_____
Dawn Klein

[6/5/07]

LA/691327v1