1  LEVY, RAM & OLSON
   MICHAEL F. RAM   Bar No. 104805
2  mfr@lrolaw.com
   AMY G. CHEN      Bar No. 245771
3  achen@lrolaw.com
   639 Front Street, Fourth Floor
4  San Francisco, California 94111
   Telephone: (415) 433-4949
5  Facsimile: (415) 433-7311

6  Attorneys for Plaintiffs
   MARGARET A. GONZALES and BILLY JOE PATTON, JR.
7
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
8  MICKI S. SINGER  Bar No. 148699
   micki.singer@sdma.com
9  One Market Plaza
   Steuart Tower, 8th Floor
10 San Francisco, CA 94015
   Telephone:   (415) 781-7900
11 Facsimile:   (415) 781-2635

12 SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JACQUELINE M. JAUREGUI  Bar No. 095289
13 jacqueline.jauregui@sdma.com
   AMAND K. MINES Bar No. 155195
14 amand.mines@sdma.com
   801 South Figueroa Street, 18th Floor
15 Los Angeles, California 90017-5556
   Telephone:   (213) 426-6900
16 Facsimile:   (213) 426-6921

17 Attorneys for Defendants
   GENERAL MOTORS CORPORATION, and
18 ONSTAR CORPORATION

19                    UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21  MARGARET A. GONZALES and BILLY JOE PATTON, JR., on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>24           Plaintiffs,<br><br>25      v.<br><br>26  GENERAL MOTORS CORPORATION, a Delaware corporation, and ONSTAR CORPORATION, a Delaware corporation,<br><br>28           Defendant. | CASE NO. C07 02580 EMC<br><br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS GENERAL MOTORS CORPORATION AND ONSTAR CORPORATION TO RESPOND TO COMPLAINT ; ORDER<br><br>[LOCAL RULE 6.1(a)]<br><br>MAGISTRATE JUDGE:   Edward M. Chen<br>COURTROOM:          C |

-1-                              CASE NO. C07 02580 EMC
Stipulation for Extension of Time to Respond to Complaint

## STIPULATION

1. Pursuant to Local Rule of Court 6-1(a), Plaintiffs Margaret A. Gonzales and Billy Joe Patton, Jr., and Defendants General Motors Corporation ("GM") and OnStar Corporation ("OnStar"), by and through their respective attorneys, hereby stipulate and agree to an extension of time for defendants to respond to the complaint currently on file with the Court. This stipulation will not alter the date of any event or any deadline already fixed by Court order.

2. Currently, the responsive pleading date for defendant OnStar is June 6, 2007. The current responsive pleading date for defendant GM is June 11, 2007. Pursuant to this stipulation, defendants' responsive pleading shall be due on or before **July 6, 2007**. There have been no prior extensions of time.

**IT IS SO AGREED AND STIPULATED.**

DATED: June 5, 2007        LEVY, RAM & OLSON

By: _____
Michael F. Ram
Amy G. Chen
Attorneys for Plaintiffs
MARGARET A. GONZALES and BILLY JOE PATTON, JR.

DATED: June 5, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Micki S. Singer
Amand K. Mines
Attorneys for Defendants
GENERAL MOTORS CORPORATION and ONSTAR CORPORATION

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. Magistrate Judge

-2-    [Local rule 6.1(a)]
Stipulation for Extension of Time to Respond to Complaint

## PROOF OF SERVICE

**[Gonzales v. General Motors**
**United States District Court Northern District Case No. C07-02580-EMC]**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 18th Floor, Los Angeles, California 90017-5556. On June 5, 2007, I served the within document(s):

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS GENERAL MOTORS CORPORATION AND ONSTAR CORPORATION TO RESPOND TO COMPLAINT**

☒   MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

| | |
|---|---|
| Kim D. Stephens, Esq.<br>Beth E. Terrell, Esq.<br>TOUSLEY BRAIN STEPHENS PLLC<br>1700 Seventh Avenue<br>Suite 2200<br>Seattle, Washington 98101-4416 | Counsel for Plaintiff<br><br>Tele:  (206)682-5600<br>Fax:  (206)682-2992<br><br>e-mail:<br>kstephens@tousley.com<br>bterrell@tousley.com |
| Gary E. Mason, Esq.<br>Alexander E. Barnett, Esq.<br>THE MASON LAW FIRM, P.C.<br>1225 19th Street, N.W., Suite 500<br>Washington, D.C. 20036 | Counsel for Plaintiff<br><br>Tele:  (202)429-2290<br>Fax:  (202)429-2294<br><br>e-mail:<br>gmason@masonlawdc.com<br>abarnett@masonlawdc.com |
| Alexander E. Barnett, Esq.<br>THE MASON LAW FIRM, P.C.<br>1120 Avenue of the Americas, Suite 4019<br>New York, New York 10036 | Counsel for Plaintiff<br><br>Tele:  (212)362-5770<br>Fax:  (212)591-5227<br><br>e-mail:<br>abarnett@masonlawdc.com |

LA/691327v1

| | | |
|---|---|---|
| 1 | Kevin L. Oufnac, Esq. | Counsel for Plaintiff |
| 2 | KAHN GAUTHIER SWICK, LLC | Tele: (504)455-1400 |
|   | 650 Poydras Street | Fax:  (504)455-1498 |
| 3 | Suite 2150 | |
|   | New Orleans, Louisiana 70130 | e-mail: |
| 4 | | kevin.oufnac@kgscounsel.com |
| 5 | | |
| 6 | Michael F. Ram, Esq. | Counsel for Plaintiff |
|   | Amy G. Chen, Esq. | Tele: (415)433-4949 |
| 7 | LEVY, RAM & OLSON | Fax:  (415)433-7311 |
|   | 639 Front Street | |
| 8 | Fourth Floor | e-mail: |
|   | San Francisco, CA 94111 | mfr@lrolaw.com |
| 9 | | achen@lrolaw.com |

10   I am readily familiar with the firm's practice of collection and processing correspondence
11 for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same
    day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
12 motion of the party served, service is presumed invalid if postal cancellation date or postage
    meter date is more than one day after date of deposit for mailing in affidavit.
13
    I declare that I am employed in the office of a member of the Bar of this Court, at whose
14 direction the service was made.

15   Executed on June 5, 2007, at Los Angeles, California.

16                                         *Dawn Klein* (signature)
17                                         _____
                                           Dawn Klein
18

19
   [6/5/07]
20

LA/691327v1