# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

MARGARET A. GONZALES and BILLY JOE PATTON, JR., on behalf of themselves and all others similarly situated

V.

GENERAL MOTORS CORPORATION, a Delaware corporation, and ONSTAR CORPORATION, a Delaware corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07-02580

TO: (Name and address of defendant)

OnStar Corporation
CT Corporation System
818 West Seventh Street
Los Angeles, CA ~~940017~~ 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael F. Ram (SBN 104805)
Levy, Ram & Olson LLP
639 Front Street, 4th Floor
San Francisco, CA 94111
Tel: 415-433-4949

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAY 15 2007
DATE_____

CYNTHIA I FNAHAN

_____
(BY) DEPUTY CLERK

| *Attorney or Party without Attorney:* <br> MICHAEL F. RAM, Bar #104805 <br> LEVY, RAM & OLSON LLP <br> 639 FRONT STREET <br> 4th FLOOR <br> SAN FRANCISCO, CA 94111 <br> *Telephone No:* 415-433-4949  *FAX No:* 415-433-7311 | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* MARGARET A. GONZALES, et al.
*Defendant:* GENERAL MOTORS CORPORATION, et al.

| **PROOF OF SERVICE SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> C07-02580EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Class Action Complaint For Damages, Injunctive Relief And Restitution, Demand For Jury Trial; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Welcome To The U.S. District Court; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Contents Of Joint Case Management Statement; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge.

3. a. Party served:  ONSTAR CORPORATION
   b. Person served:  TYNESHA WOOLFORK, AUTHORIZED AGENT

4. Address where the party was served:  CT CORPORATION SYSTEM
   818 W. 7TH STREET
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., May. 17, 2007 (2) at: 11:37AM

7. *Person Who Served Papers:*  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST
   b. **FIRST LEGAL SUPPORT SERVICES**
      1511 W. BEVERY BLVD.
      LOS ANGELES, CA 90071
   c. 213-250-1111

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5141
      (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, May. 23, 2007

   (DOUG FORREST)

   *Judicial Council Form* <br> Rule 982.9.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE SUMMONS

   6351673.micra-lr.67586