UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. GONZALES and BILLY JOE PATTON, JR., on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation, and ONSTAR CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. C07 02580 EMC<br><br>**[PROPOSED] ORDER ON MOTION OF DEFENDANTS GENERAL MOTORS CORPORATION AND ONSTAR CORPORATION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM**<br><br>JUDGE:     Edward M. Chen<br>COURTROOM:   C<br>DATE:     August 22, 2007<br>TIME:     10:30 A.M. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The motion of Defendants General Motors Corporation ("GM") and OnStar Corporation ("OnStar") (collectively, "Defendants") for an order to dismiss Plaintiffs' Complaint and each of its claims came on regularly for hearing on August 22, 2007 at 9:30 a.m. in Courtroom C of the above-captioned court, the Hon. Edward M. Chen presiding.

Having considered all of the pleadings and papers on file in this action, the moving and opposing papers, and the oral argument of counsel, the Court has determined that

good cause exists in support of such motion as set forth herein:

**IT IS HEREBY ORDERED THAT:**

Defendants' motion to dismiss Plaintiffs' Complaint is **GRANTED**.

1) Plaintiffs' first claim for Violation of the Consumer Legal Remedies Act fails to state a claim because they have not pled any facts to support a claim that any false representations were made by GM and OnStar, or that any actionable omission of fact occurred;

2) Plaintiffs' second claim for Violation of California's Unfair Business Practices Act fails to state a claim against Defendants as Plaintiffs have failed to allege any "unlawful," "unfair," or "fraudulent" act by Defendants which could give rise to a violation;

3) Plaintiffs' third claim for unjust enrichment fails to state a claim against Defendants as there is no independent cause of action under California law for "unjust enrichment." Further, Plaintiffs never paid Defendants any money in connection with Plaintiffs' purchase of their vehicles and Plaintiffs have failed to allege facts indicating Defendants have been unjustly enriched at Plaintiffs' expense; and.

4) Plaintiffs' complaint is time barred and Plaintiffs have failed to state facts sufficient to toll any statute of limitations applicable to their claims.

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiffs' Complaint and each cause of action stated therein fails to state a claim against Defendants upon which relief can be granted. The Complaint and each of its claims are, therefore, dismissed, with prejudice.

DATED: July ___, 2007

_____
United States District Court Judge

# PROOF OF SERVICE

**[Gonzales v. General Motors**
**United States District Court Northern District Case No. C07-02580-EMC]**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 18th Floor, Los Angeles, California 90017-5556. On July 6, 2007, I served the within document(s):

**[PROPOSED] ORDER ON MOTION OF DEFENDANTS GENERAL MOTORS CORPORATION AND ONSTAR CORPORATION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM**

☒　MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐　EMAIL - by transmitting via electronic mail the document(s) listed above to the email address(es) set forth below on this date

| | |
|---|---|
| Kim D. Stephens, Esq.<br>Beth E. Terrell, Esq.<br>Tousley Brain Stephens PLLC<br>1700 Seventh Avenue<br>Suite 2200<br>Seattle, Washington 98101-4416 | Counsel for Plaintiffs<br><br>Tele: (206)682-5600<br>Fax: (206)682-2992<br><br>e-mail:<br>kstephens@tousley.com<br>bterrell@tousley.com |
| Gary E. Mason, Esq.<br>Alexander E. Barnett, Esq.<br>THE MASON LAW FIRM, P.C.<br>1225 19th Street, N.W., Suite 500<br>Washington, D.C. 20036 | Counsel for Plaintiffs<br><br>Tele: (202)429-2290<br>Fax: (202)429-2294<br><br>e-mail:<br>gmason@masonlawdc.com<br>abarnett@masonlawdc.com |
| Alexander E. Barnett, Esq.<br>THE MASON LAW FIRM, P.C.<br>1120 Avenue of the Americas, Suite 4019<br>New York, New York 10036 | Counsel for Plaintiffs<br><br>Tele: (212)362-5770<br>Fax: (212)591-5227<br><br>e-mail:<br>abarnett@masonlawdc.com |

LA/691327v1

| | | |
|---|---|---|
| 1 | Kevin L. Oufnac, Esq. | Counsel for Plaintiffs |
| 2 | KAHN GAUTHIER SWICK, LLC | Tele: (504)455-1400 |
| | 650 Poydras Street | Fax: (504)455-1498 |
| 3 | Suite 2150 | |
| | New Orleans, Louisiana 70130 | e-mail: |
| 4 | | kevin.oufnac@kgscounsel.com |
| 5 | | |
| 6 | Michael F. Ram, Esq. | Counsel for Plaintiffs |
| | LEVY, RAM & OLSON | |
| 7 | 639 Front Street, Fourth Floor | Tele: (415)433-4949 |
| | San Francisco, California 94111 | Fax: (415)433-7311 |
| 8 | | |
| | | e-mail: |
| 9 | | mfr@lrolaw.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on July 6, 2007, at Los Angeles, California.

_____
Dawn Klein

[updated 6/22/07]

LA/691327v1