1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARGARET A. GONZALES, et al.

No. C 07-02580EMC

12

Plaintiff(s),

13 | v.

14 | GENERAL MOTORS CORPORATION, et al.

15

Defendant(s).

16 | _____ /

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

17

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

18

The undersigned party hereby declines to consent to the assignment of this case to a United

19

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

20

a United States District Judge.

21
22

Dated: ___7 - 6 - 07___

23

24

Signature _____

Counsel for Defendants _____
(Plaintiff, Defendant, or indicate "pro se")

25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

**[Gonzales v. General Motors**
**United States District Court Northern District Case No. C07-02580-EMC]**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 18th Floor, Los Angeles, California 90017-5556. On July 6, 2007, I served the within document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

☒      MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐      EMAIL - by transmitting via electronic mail the document(s) listed above to the email address(es) set forth below on this date

| | |
|---|---|
| Kim D. Stephens, Esq.<br>Beth E. Terrell, Esq.<br>Tousley Brain Stephens PLLC<br>1700 Seventh Avenue<br>Suite 2200<br>Seattle, Washington 98101-4416 | Counsel for Plaintiffs<br><br>Tele:  (206)682-5600<br>Fax:  (206)682-2992<br><br>e-mail:<br>kstephens@tousley.com<br>bterrell@tousley.com |
| Gary E. Mason, Esq.<br>Alexander E. Barnett, Esq.<br>THE MASON LAW FIRM, P.C.<br>1225 19th Street, N.W., Suite 500<br>Washington, D.C.  20036 | Counsel for Plaintiffs<br><br>Tele:  (202)429-2290<br>Fax:  (202)429-2294<br><br>e-mail:<br>gmason@masonlawdc.com<br>abarnett@masonlawdc.com |
| Alexander E. Barnett, Esq.<br>THE MASON LAW FIRM, P.C.<br>1120 Avenue of the Americas, Suite 4019<br>New York, New York 10036 | Counsel for Plaintiffs<br><br>Tele:  (212)362-5770<br>Fax:  (212)591-5227<br><br>e-mail:<br>abarnett@masonlawdc.com |

LA/691327v1

1

Kevin L. Oufnac, Esq.                          Counsel for Plaintiffs

2   KAHN GAUTHIER SWICK, LLC
650 Poydras Street                             Tele:  (504)455-1400
3   Suite 2150                                     Fax:   (504)455-1498

New Orleans, Louisiana  70130
4                                                  e-mail:
kevin.oufnac@kgscounsel.com

5

Michael F. Ram, Esq.                           Counsel for Plaintiffs
6   LEVY, RAM & OLSON

7   639 Front Street, Fourth Floor                 Tele:   (415)433-4949
San Francisco, California 94111                 Fax:    (415)433-7311
8
e-mail:
9                                                  mfr@lrolaw.com

10        I am readily familiar with the firm's practice of collection and processing correspondence
for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same
11   day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on
motion of the party served, service is presumed invalid if postal cancellation date or postage
12   meter date is more than one day after date of deposit for mailing in affidavit.

13        I declare that I am employed in the office of a member of the Bar of this Court, at whose
direction the service was made.
14
Executed on July 6, 2007, at Los Angeles, California.
15

16                                            _____
Dawn Klein
17

18

19
[updated 6/22/07]
20

21

22

23

24

25

26

27

28

LA/691327v1