Clerk's Use Only

Initial for fee pd.:

Kim D. Stephens
Email: kstephens@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 682-5600
Facsimile: (206) 682-2992

E-filing

FILED
07 JUL 16 PM 3: 53

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARGARET A. GONZALES, et al.,

          Plaintiff(s),

    v.

GENERAL MOTORS CORPORATION,

          Defendant(s).

CASE NO. C07-02580 TEH

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Kim D. Stephens, an active member in good standing of the bar of the State of Washington, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michael F. Ram, CSB #104805, Levy, Ram & Olson, 639 Front Street, Fourth Floor, San Francisco, California, 94111, Telephone: (415) 433-4949

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 12, 2007

Kim D. Stephens