1  Michael F. Ram (SBN 104805)
   mfr@lrolaw.com
2  Karl Olson (SBN 104760)
   ko@lrolaw.com
3  LEVY, RAM & OLSON
   639 Front Street, Fourth Floor
4  San Francisco, California  94111
   Telephone:  (415) 433-4949
5  Facsimile:  (415) 433-7311

6  Counsel for Plaintiffs
   MARGARET A. GONZALES and
7  BILLY JOE PATTON, JR.,
   on behalf of themselves
8  and all others similarly situated

9  *Additional Counsel Appear on Signature Page*

10

11

12              UNITED STATES DISTRICT COURT
13          FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15  MARGARET A. GONZALES and BILLY JOE
    PATTON, JR., on behalf of themselves and all       NO.  C07-02580 TEH
    others similarly situated, and on behalf of the
16  general public,                                    **NOTICE OF CHANGE IN
                                                       COUNSEL**
17              Plaintiff,

18      v.
                                                       **DEMAND FOR JURY TRIAL**
19  GENERAL MOTORS CORPORATION, a
    Delaware corporation, and ONSTAR                   Complaint Filed: May 15, 2007
20  CORPORATION, a Delaware corporation,

21              Defendants.

22

23  / / /

24  / / /

25  / / /

26  / / /

27

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that plaintiffs' counsel Karl Olson of the law office of Levy,

3  Ram & Olson will substitute in for Amy Chen, as she is no longer with Levy, Ram & Olson.

4  DATED: July 19, 2007                              LEVY RAM & OLSON LLP

By:      ***Karl Olson***
         Michael F. Ram
         Karl Olson

Kim D. Stephens, WSBA #11984
kstephens@tousley.com
Beth E. Terrell, SB #178181
bterrell@tousley.com
TOUSLEY BRAIN STEPHENS, PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Telephone: (206) 682-5600
Facsimile: (206) 682-2992

Gary E. Mason
gmason@masonlawdc.com
THE MASON LAW FIRM, PC
1225 19th Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

Alexander E. Barnett
abarnett@masonlawdc.com
THE MASON LAW FIRM, LLP
1120 Avenue of the Americas, Suite 4019
New York, NY 10036
Telephone: (212) 362-5770
Facsimile: (917) 591-5227

Kevin L. Oufnac
kevin.oufnac@kgscounsel.com
KAHN GAUTHIER SWICK LLC
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

*Attorneys for Plaintiffs*

CASE NO. C07-02580 TEH – NOTICE OF CHANGE IN COUNSEL                                    2