1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MICKI S. SINGER  Bar No. 148699
2  micki.singer@sdma.com
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, CA  94015
4  Telephone:   (415) 781-7900
   Facsimile:   (415) 781-2635
5
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
6  JACQUELINE M. JAUREGUI  Bar No. 095289
   AMAND K. MINES Bar No. 155195
7  801 South Figueroa Street, 18th Floor
   Los Angeles, California 90017-5556
8  Telephone:   (213) 426-6900
   Facsimile:   (213) 426-6921
9
   Attorneys for Defendants
10  GENERAL MOTORS CORPORATION, and
   ONSTAR CORPORATION
11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14 MARGARET A. GONZALES and BILLY JOE PATTON, JR., on behalf | CASE NO. C07 02580 TEH |
| 15 of themselves and all others similarly situated, and on behalf of the general | NOTICE OF CHANGE OF HEARING DATE ON DEFENDANTS' MOTION TO |
| 16 public, | DISMISS |
| 17      Plaintiffs, | Old Date: |
| | JUDGE:          Edward M. Chen |
| 18      v. | COURTROOM:   15 |
| | DATE:          August 22, 2007 |
| 19 GENERAL MOTORS | TIME:          10:30 A.M. |
| CORPORATION, a Delaware | |
| 20 corporation, and ONSTAR | **New Date:** |
| CORPORATION, a Delaware | **JUDGE:          Thelton E. Henderson** |
| 21 corporation, | **COURTROOM:   12** |
| | **DATE:          August 27, 2007** |
| 22      Defendant. | **TIME:          10:00 A.M.** |

23

24

25  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

26      PLEASE TAKE NOTICE that the Motion to Dismiss by Defendants General

27  Motors Corporation and Onstar Corporation previously scheduled before Magistrate

28  Judge Edward M. Chen for August 22, 2007, at 10:30 A.M. has been changed.  Upon

NOTICE OF CHANGE OF HEARING DATE ON DEFENDANTS' MOTION TO DISMISS

1  receipt of Clerk's Notice of Reassignment, dated July 11, 2007, to Senior Judge Thelton

2  E. Henderson, the Motion to Dismiss has been re-scheduled for hearing on August 27,

3  2007, at 10:00 A.M. in Department 12.

4

5  DATED: July 19, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

6

7

8  By: /s/ Amand K. Mines
         Micki S. Singer Bar No. 148699
         Amand K. Mines Bar No. 155195
9        Attorneys for Defendants
         GENERAL MOTORS CORPORATION and
10       ONSTAR CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

[Gonzales v. General Motors
United States District Court Northern District Case No. C07-02580-TEH]

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 18th Floor, Los Angeles, California 90017-5556. On July 19, 2007, I served the within document(s):

**NOTICE OF CHANGE OF HEARING DATE ON DEFENDANTS' MOTION TO DISMISS**

☒    MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐    EMAIL - by transmitting via electronic mail the document(s) listed above to the email address(es) set forth below on this date

| | |
|---|---|
| Kim D. Stephens, Esq.<br>Beth E. Terrell, Esq.<br>Tousley Brain Stephens PLLC<br>1700 Seventh Avenue<br>Suite 2200<br>Seattle, Washington  98101-4416 | Counsel for Plaintiffs<br><br>Tele:  (206)682-5600<br>Fax:  (206)682-2992<br><br>e-mail:<br>kstephens@tousley.com<br>bterrell@tousley.com |
| Gary E. Mason, Esq.<br>Alexander E. Barnett, Esq.<br>THE MASON LAW FIRM, P.C.<br>1225 19th Street, N.W., Suite 500<br>Washington, D.C.  20036 | Counsel for Plaintiffs<br><br>Tele:  (202)429-2290<br>Fax:  (202)429-2294<br><br>e-mail:<br>gmason@masonlawdc.com<br>abarnett@masonlawdc.com |
| Alexander E. Barnett, Esq.<br>THE MASON LAW FIRM, P.C.<br>1120 Avenue of the Americas, Suite 4019<br>New York, New York 10036 | Counsel for Plaintiffs<br><br>Tele:  (212)362-5770<br>Fax:  (212)591-5227<br><br>e-mail:<br>abarnett@masonlawdc.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kevin L. Oufnac, Esq.
KAHN GAUTHIER SWICK, LLC
650 Poydras Street
Suite 2150
New Orleans, Louisiana  70130

Counsel for Plaintiffs

Tele:  (504)455-1400
Fax:   (504)455-1498

e-mail:
kevin.oufnac@kgscounsel.com

Michael F. Ram, Esq.
LEVY, RAM & OLSON
639 Front Street, Fourth Floor
San Francisco, California 94111

Counsel for Plaintiffs

Tele:   (415)433-4949
Fax:    (415)433-7311

e-mail:
mfr@lrolaw.com

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

    Executed on July 19, 2007, at Los Angeles, California.

_____
Dawn Klein

[updated 7/19/07]

LA/691327v1