Eric H. Gibbs (State Bar No. 178658)
  ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
Geoffrey A. Munroe (State Bar No. 228590)
Daniel T. LeBel (State Bar No. 246169)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff John Irvine

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. GONZALES and BILLY JOE PATTON, JR., on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation, and ONSTAR CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 3:07-CV-2580-EMC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER *IRVINE V. GENERAL MOTORS, ET AL.* SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12** |
| THIS DOCUMENT RELATES TO:<br><br>JOHN IRVINE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation; and ONSTAR CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 3:07-CV-3651-MMC |

Pursuant to Local Rule 3-12, Plaintiff John Irvine submits this administrative motion to consider whether *Irvine v. General Motors, et al.*, Case No. 3:07-CV-3651-MMC, a putative class action lawsuit filed on July 16, 2007, should be related to *Gonzales, et al. v. General Motors, et al.*, Case No. 3:07-CV-2580-EMC, filed on May 15, 2007.

Local Rule 3-12(a) provides that actions are related when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

The *Irvine* and *Gonzales* actions satisfy that criteria. Each case is a proposed class action on behalf of California purchasers of General Motors vehicles containing OnStar systems, and each asserts violation of California's Consumers Legal Remedies Act and Unfair Competition Law.[1] Both cases are brought against Defendants General Motors and OnStar, and arise from Defendants' notice to vehicle owners and lessees that their OnStar communication systems are obsolete and, as of January 1, 2008, will no longer function.

There are notable differences between the two cases: most notably, the *Irvine* case seeks to proceed on behalf of a nationwide class of purchasers in addition to a subclass of California purchasers, and the *Irvine* case alleges warranty claims in addition to violations of the aforementioned California statutes. On the whole, though, it appears likely that there would be an unduly burdensome duplication of labor and expense or conflicting result if the two class actions were tried before different judges.

Plaintiff also notes, as it may be of some relevance to the issue of whether the cases should be related, that Defendants OnStar and General Motors have moved the Judicial Panel on Multidistrict Litigation for an order centralizing the *Gonzales* action in the Eastern District of Michigan for pretrial proceedings. That motion is set for hearing on July 26, 2007, in *In re General Motors OnStar Contract Litigation*, MDL-1867, and if granted, the *Irvine* action would likely also be transferred to the Eastern

---

[1] Copies of the respective complaints are attached to the accompanying Declaration of Geoffrey A. Munroe as Exhibits A and B.

District of Michigan for pretrial proceedings as a "tag-along action" pursuant to the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

DATED: July 19, 2007               Respectfully submitted,

**GIRARD GIBBS LLP**

By: _____
        Geoffrey A. Munroe

Eric H. Gibbs
Dylan Hughes
Dan T. LeBel
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff John Irvine

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 3:07-CV-2580-EMC AND 3:07-CV-3651-MMC