Eric H. Gibbs (State Bar No. 178658)
  ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
Geoffrey A. Munroe (State Bar No. 228590)
Daniel T. LeBel (State Bar No. 246169)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Individual and Representative
Plaintiff John Irvine

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. GONZALES and BILLY JOE PATTON, JR., on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation, and ONSTAR CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 3:07-CV-2580-EMC<br><br>**DECLARATION OF GEOFFREY A. MUNROE RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER *IRVINE V. GENERAL MOTORS, ET AL.* SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12** |
| THIS DOCUMENT RELATES TO:<br><br>JOHN IRVINE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation; and ONSTAR CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 3:07-CV-3651-MMC |

I, Geoffrey A. Munroe, declare as follows:

1. I am a member in good standing of the California State Bar and an associate at the law firm of Girard Gibbs LLP, counsel of record for Plaintiff in *Irvine v. General Motors, et al.*, Case No. 3:07-CV-3651-MMC. I make this declaration based on my personal knowledge, and if called to testify to the contents thereof, I could and would competently do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of the class action complaint filed on May 15, 2007, in *Gonzales, et al. v. General Motors, et al.*, Case No. 3:07-CV-2580-EMC.

3. Attached hereto as **Exhibit B** is a true and correct copy of the class action complaint filed on June 16, 2007 in *Irvine v. General Motors, et al.*, Case No. 3:07-CV-3651-MMC.

4. Local Rule 3-12 requires an Administrative Motion to Consider Whether Cases Should Be Related to be filed promptly. Therefore, a stipulation could not be entered prior to the filing of Plaintiff's Administrative Motion.

I declare under penalty of perjury that the foregoing facts are true and correct and that this declaration was executed this 19th day of July 2007, in San Francisco, California.

_____
Geoffrey A. Munroe

1

DEC. OF GEOFFREY A. MUNROE RE: ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 3:07-CV-2580-EMC AND 3:07-CV-3651-MMC