Eric H. Gibbs (State Bar No. 178658)
 ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
Geoffrey A. Munroe (State Bar No. 228590)
Daniel T. LeBel (State Bar No. 246169)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California  94108
Telephone:  (415) 981-4800
Facsimile:   (415) 981-4846

Attorneys for Individual and Representative
Plaintiff John Irvine

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. GONZALES and BILLY JOE PATTON, JR., on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation, and ONSTAR CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 3:07-CV-2580-EMC<br><br>**[PROPOSED] ORDER RELATING CASES** |
| THIS DOCUMENT RELATES TO:<br><br>JOHN IRVINE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation; and ONSTAR CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 3:07-CV-3651-MMC |

1  On July 19, 2007, Plaintiff in *John Irvine v. General Motors Corporation, et al.,* Case No. 3:07-
2  CV-3651-MMC, filed an Administrative Motion to Consider Whether Cases Should Be Related
3  pursuant to Local Rule 3-12. The Court having considered the papers and pleadings on file, and good
4  cause appearing, HEREBY GRANTS the motion.
5  IT IS ORDERED that *Irvine v. General Motors, et al.,* Case No. 3:07-CV-3651-MMC is hereby
6  related to *Gonzales, et al. v. General Motors, et al.,* Case No. 3:07-CV-2580-EMC.
7  *Irvine v. General Motors, et al.* shall be reassigned to the undersigned judge pursuant to Local
8  Rule 3-12(f).

10 Dated:_____

   The Honorable Edward M. Chen
   United States District Judge