UNITED STATES DISTRICT COURT

Northern District of California

MARGARET A. GONZALES, et al.,

                 Plaintiff(s),

v.

GENERAL MOTORS CORPORATION,

                 Defendant(s).

CASE NO. C07-02580 (TEH)

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Kim D. Stephens, an active member in good standing of the bar of the State of Washington (particular court to which applicant is admitted) whose business address and telephone number is Tousley Brian Stephens PLLC, 1700 Seventh Ave., Suite 2200, ~~U.S. District Court, Western District of Washington, 700 Stewart Street~~, Seattle, Washington, 98101, telephone: (206) ~~370-8400~~ 682-5600, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ~~fff~~ Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/19/07

                                                        United States District Judge