1  GARY E. MASON
   THE MASON LAW FIRM, LLP.
2  1225 19th Street, N.W., Suite 500
   Washington, D.C. 20036
3  (202) 429-2290

4                                                                    FILED
                                                                    07 JUL 27  PM 12: 49

                        UNITED STATES DISTRICT COURT
5                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

6  MARGARET A. GONZALES and
   BILLY JOE PATTON, JR., on behalf of        **CASE NO.** C07 02580 TEH
7  themselves and all others similarly
   situated, and on behalf of the general     **APPLICATION FOR**
8  public,                                     **ADMISSION OF ATTORNEY**
                                               **GARY E. MASON TO PRACTICE**
9              Plaintiffs,                      *PRO HAC VICE*

10        v.

11 GENERAL MOTORS CORPORATION,
   a Delaware corporation, and ONSTAR
12 CORPORATION, a Delaware
   corporation,
13
                    Defendant.
14

15
        Pursuant to Civil L.R. 11-3, Gary E. Mason, an active member in good standing of the
16
   bar of the New York State Supreme Court (Bar #:105875); Superior Court of the District of
17
   Columbia (Bar #418073); Maryland Circuit Court; United States District Court, Northern
18
   District of New York, hereby applies for admission to practice in the Northern District of
19
   California on a pro hac vice basis representing MARGARET A. GONZALES and BILLY
20
   JOE PATTON, JR., on behalf of themselves and all others similarly situated, and on behalf of
21
   the general public in the above-entitled action.
22
        In support of this application, I certify on oath that:
23
   1.    I am an active member in good standing of United States Court or of the highest court
24
        of another State or the District of Columbia, as indicated above;
25
   2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule
26
        11-4, to comply with General Order No. 45, Electronic Case Filing, and to become
27

28

1    familiar with the Local Rules and the Alternative Dispute Resolution programs of this

2    Court; and,

3    3.    An attorney who is a member of the bar of this court in good standing and who

4    maintains an office within the State of California has been designated as co-counsel in

5    the above-entitled action. The name, address and telephone number of that attorney is:

6    Michael F. Ram (SB#104805)
     mfr@lrolaw.com
7    LEVY, RAM & OLSON
     639 Front Street, Fourth Floor
8    San Francisco, California 94111
     Telephone: (415) 433-4949
9    Facsimile: (415) 433-7311

10    I declare under penalty of perjury that the forgoing is true and correct.

11

12    Dated: 7/17/2007

13    Gary E. Mason

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28