1  ALEXANDER E. BARNETT
   THE MASON LAW FIRM, LLP.
2  1120 Avenue of the Americas
   New York, NY 10036
3  Telephone: (212) 362-5770

FILED
07 JUL 27 PM 12: 50
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. GONZALEZ and BILLY JOE PATTON, JR., on behalf of themselves and all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation, and ONSTAR CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. C07 02580 TEH<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY ALEXANDER E. BARNETT TO PRACTICE *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Alexander E. Barnett, an active member in good standing of the bar of the New York State Supreme Court (Bar #: 2522696); Superior Court of the District of Columbia (Bar #444214); United States District Court, District of Columbia; United States District Court, Eastern District of New York; United States District Court, Southern District of New York; United States District Court, Northern District of New York; United States District Court, Western District of New York; United States District Court, Southern District of Illinois., hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing MARGARET A. GONZALES and BILLY JOE PATTON, JR., on behalf of themselves and all others similarly situated, and on behalf of the general public in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of United States Court or of the highest court of another State or the District of Columbia, as indicated above;

CASE NO. C07 02580 TEH    Application for Admission of Attorney Alexander E. Barnett to Practice Pro Hac Vice

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Michael F. Ram (SB#104805)
> mfr@lrolaw.com
> LEVY, RAM & OLSON
> 639 Front Street, Fourth Floor
> San Francisco, California 94111
> Telephone: (415) 433-4949
> Facsimile: (415) 433-7311

I declare under penalty of perjury that the forgoing is true and correct.

Dated: 7/19/07

_____
Alexander E. Barnett

CASE NO. C07 02580 TEH    Application for Admission of Attorney Alexander E. Barnett to Practice Pro Hac Vice