SEDGWICK, DETER, MORAN & ARNOLD LLP
MICKI S. SINGER Bar No. 148699
micki.singer@sdma.com
DENNIS E. RAGLIN Bar No. 179261
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105
Telephone:    (415) 781-7900
Facsimile:     (415) 781-2635

SEDGWICK, DETERT, MORAN & ARNOLD LLP
JACQUELINE M. JAUREGUI  Bar No. 095289
jacqueline.jauregui@sdma.com
AMAND K. MINES Bar No. 155195
amand.mines@sdma.com
801 South Figueroa Street, 18th Floor
Los Angeles, California 90017-5556
Telephone:    (213) 426-6900
Facsimile:     (213) 426-6921

Attorneys for Defendants
GENERAL MOTORS CORPORATION AND ONSTAR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. GONZALES and BILLY JOE PATTON, JR., On behalf of themselves and all others similarly situated, and on behalf of the general public<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION, a Delaware Corporation, and ONSTAR CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No. C 07 2580 THE<br><br>***EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO STAY PROCEEDINGS PENDING RULING BY MDL PANEL TO CONSOLIDATE; DECLARATION OF MICKI S. SINGER; PROPOSED ORDER** |

## I. INTRODUCTION

Defendants General Motors Corporation and OnStar Corporation ("Defendants") hereby submit this *Ex Parte* Application for an Order Shortening Time To Hear its Motion to Stay Proceedings, which is filed concurrently herewith. In support of this application, Defendants also

-1-

concurrently submit a supporting Declaration of Micki S. Singer and a proposed order shortening time. This *Ex Parte* application is made pursuant to Local Rule 7-10 and FRCP Rule 6(b) and (d), which gives the Court discretion via *ex parte* application to have motions heard on shortened time and to adjust time deadlines in a given case.

## II.    GOOD CAUSE EXISTS TO SHORTEN TIME

There are 11 suits in 5 different judicial districts which allege claims arising out of the same factual background as this suit before this Court. Defendants have filed, pursuant to 28 U.S.C. §1407, a Motion for Transfer of Actions to a Single District for Consolidated and Coordinated Pretrial Proceedings. That Motion was heard on July 26, 2007. Defendants believe that the parties and the Court's resources will be best preserved by staying this action pending a ruling by the MDL Panel on the Motion. Defendants expect a ruling shortly.

Defendants submit that good cause exists to allow Defendants' Motion to Stay on shortened time because, as the parties await the MDL Court's decision on the pending Motion to Transfer, certain deadlines set by the Court in this action are rapidly approaching. In this regard, the parties are to conduct a Rule 26(f) conference by August 6, 2007, and the Court has set a status conference as well as a hearing on Defendants' Motion to Dismiss for August 27, 2007. Plaintiffs' response to Defendants' Motion to Dismiss is currently due on August 6, 2007. In order to not waste the time and resources of the Court and the parties should the MDL Panel grant the pending Motion to Consolidate, Defendants' Motion to Stay this action pending a ruling by the MDL Panel must be heard on shortened time.

On July 31, 2007, counsel for Defendants asked Plaintiffs' counsel to stipulate to a stay of proceedings in this matter and/or to have Defendants' Motion to Stay heard on Shortened Time. Counsel for Plainitffs declined to stipulate. Attached to the concurrently-filed Declaration of Micki S. Singer is a true and correct copy of the e-mail sent by Defendants' counsel and Plaintiffs' counsel's e-mail refusing to stipulate..

## III.    CONCLUSION

Accordingly, Defendants request the Court grant its *Ex Parte* Application and order the

1  time for the Motion to Stay be shortened so that it be set for hearing on August 9, 2007 with
2  Plaintiffs' opposition to be filed on August 7, 2007. Defendants waive a reply.
3  DATED: August 2, 2007                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Micki S. Singer
Dennis E. Raglin
Attorneys for Defendants General Motors
Corporation and OnStar Corporation.