SEDGWICK, DETERT, MORAN & ARNOLD LLP
MICKI S. SINGER  Bar No. 148699
micki.singer@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94015
Telephone:    (415) 781-7900
Facsimile:     (415) 781-2635

SEDGWICK, DETERT, MORAN & ARNOLD LLP
JACQUELINE M. JAUREGUI  Bar No. 095289
jacqueline.jauregui@sdma.com
AMAND K. MINES  Bar No. 155195
amand.mines@sdma.com
801 South Figueroa Street, 18th Floor
Los Angeles, California 90017-5556
Telephone:    (213) 426-6900
Facsimile:     (213) 426-6921

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. GONZALES and BILLY JOE PATTON, JR., On behalf of themselves and all others similarly situated, and on behalf of the general public<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION, a Delaware Corporation, and ONSTAR CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No. C 07 2580 THE<br><br>**DECLARATION OF MICKI S. SINGER IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO STAY PROCEEDINGS PENDING RULING BY MDL PANEL TO CONSOLIDATE AND IN SUPPORT OF MOTION TO STAY** |

I, Micki s. Singer, do declare:

1. I am an attorney duly licensed to practice before California courts and licensed in this District and am a partner in the law firm of Sedgwick, Detert, Moran & Arnold, attorneys for Defendants General Motors Corporation and OnStar Corporation (hereinafter "Defendants"). As such, I have personal knowledge of the facts contained herein and am competent to testify to them. I make this declaration in support of Defendants' Ex Parte Application for an Order To

-1-

Shorten Time for hearing Defendants' Motion to Stay, and for the Motion to Stay.

2. There are 11 suits in 5 different judicial districts which allege claims arising out of the same factual background as this suit before this Court. Defendants have filed, pursuant to 28 U.S.C. §1407, a Motion for Transfer of Actions to a Single District for Consolidated and Coordinated Pretrial Proceedings. That Motion was heard on July 26, 2007.

3. Defendants believe that the parties and the Court's resources will be best preserved by staying this action pending a ruling by the MDL Panel on the Motion. Defendants expect a ruling shortly.

4. Defendants submit that good cause exists to allow Defendants' Motion to Stay to be heard on shortened time because, as the parties await the MDL Panel's decision on the pending Motion to Consolidate, certain deadlines set by the Court in this action are rapidly approaching. In this regard, the parties are to conduct a Rule 26(f) conference by August 6, 2007, and the Court has set a status conference as well as a hearing on Defendants' Motion to Dismiss for August 27, 2007. Plaintiffs' response to Defendants' Motion to Dismiss is currently due on August 6, 2007. In order to not waste the time and resources of the Court and the parties should the MDL Panel grant the pending Motion to Consolidate, Defendants' Motion to Stay this action pending a ruling by the MDL Panel must be heard on shortened time.

5. Defendants respectfully ask the Court for a hearing date on the Motion to Stay no later than August 9, 2007.

6. On July 31, 2007 I asked Plaintiffs' counsel to stipulate to a stay of proceedings in this matter and/or to have Defendants' Motion to Stay heard on shortened time. On August 1, 2007, Counsel for Plaintiffs declined to stipulate. Attached hereto as Exhibits "A" is a true and correct copy of the pertinent e-mails. .

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this ___ day of August, 2007 at San Francisco, California.

_____
Micki S. Singer

-2-

EXHIBIT A

**Singer, Micki**

| | |
|---|---|
| **From:** | Karl Olson [ko1@lrolaw.com] |
| **Sent:** | Wednesday, August 01, 2007 2:54 PM |
| **To:** | Singer, Micki |
| **Cc:** | bterrell@tousley.com; gmason@lawdc.com; lewis.kahn@kgscounsel.com; kevin.oufnac@kgscounsel.com; kstephens@touslet.com; mfr@lrolaw.com |
| **Subject:** | Gonzalez and Falk issues and Aug. 6 meeting |

Micki, sorry I couldn't get back to you sooner. In any event, you are correct that plaintiffs will not agree to a stay in the Gonzalez case.

You mention that Tim Daniels is available all day August 6 to meet with us. So am I. I suggest 2 p.m. PST for such a meeting but I can make myself available at any other time that day as well. We would also like to meet on any outstanding issues in the Falk case at the same time.

Best regards, Karl



On 1 Aug 2007 at 14:32, Singer, Micki wrote:

Subject:        RE: Gonzalez
Date sent:      Wed, 1 Aug 2007 14:32:42 -0700
From:           "Singer, Micki" <micki.singer@sdma.com>
To:             "Karl Olson" <ko1@lrolaw.com>
Copies to:      "Beth Terrell" <BTerrell@Tousley.com>,
                <tim.daniels@figdav.com>

> Karl:
>
> Given that we have not yet received a response to this email, my
> assumption is that Plaintiffs will not stipulate to a Stay or to
> having our Stay motion heard on shortened time. Therefore, we intend
> to move for an an order shortening time tomorrow.
>
> Micki
>
>
>
> -----Original Message-----
> From: Singer, Micki
> Sent: Tuesday, July 31, 2007 11:13 AM
> To: 'Karl Olson'
> Cc: 'Beth Terrell'; 'tim.daniels@figdav.com'
> Subject: Gonzalez
>
>
>
> Karl:
>
> I have now had the opportunity to discuss scheduling with Tim Daniels.
> As you know, Tim is GM's national counsel for the On-Star cases. Tim
> is not available for a Rule 26(f) Conference until August 6, but will
> make himself available any time that day at your convenience.
>
> In addition, we wanted to let you know that GM/On Star intends to seek
> a stay of proceedings in this case pending a decision by the MDL
> panel (which we expect in short order). It is our intention to file a
> Motion to Stay before August 6, the deadline for plaintiffs' response
> to GM/On Star's Motion to Dismiss. We will ask that the Motion be

1

```
> heard on shortened time.
>
> If plaintiffs will stipulate to a stay and to having the motion heard
> on shortened time, we can probably get the Court's approval prior to
> August 6 so you do not have to file the opposition.  If we cannot get
> a date with Judge before August 6, we can work together on an
> extension of time for your opposition until the Motion is heard.
>
> Will plaintiffs agree to a stay? If not, will plaintiffs agree to have
> the Motion heard on shortened time?
>
> We look forward to hearing from you.
>
>
>
>
>
>
> Micki S. Singer
>
> SEDGWICK
> Detert, Moran & Arnold LLP
>
>
> One Market Plaza
> Steuart Tower, 8th Floor
> San Francisco, California   94105
> Direct: 415.627.1452
> Main: 415.781.7900, ext. 1452
>
> Fax: 415.781.2635
> micki.singer@sdma.com
> www.sdma.com
>
>
>
>
> _____    _____
>
> The information in this email is intended for the named
> recipients only.  It may contain privileged and confidential
> matter.  If you have received this email in error, please
> notify the sender immediately by replying to this email.
> Do not disclose the contents to anyone.  Thank you.
>
> IRS CIRCULAR 230 DISCLOSURE: To ensure compliance
> with Treasury Department regulations, we inform you that
> any U.S. federal tax advice contained in this correspondence
> (including any attachments) is not intended to be used, and
> cannot be used, for the purpose of (i) avoiding penalties that
> may be imposed under the U.S. Internal Revenue Code or
> (ii) promoting, marketing or recommending to another party
> any transaction or matter addressed herein.
>
>

Karl Olson
Levy, Ram & Olson LLP
639 Front Street, 4th Floor
San Francisco, CA 94111
415.433.4949
```