SEDGWICK, DETER, MORAN & ARNOLD LLP
MICKI S. SINGER Bar No. 148699
micki.singer@sdma.com
DENNIS E. RAGLIN Bar No. 179261
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone:  (415) 781-7900
Facsimile:  (415) 781-2635

SEDGWICK, DETERT, MORAN & ARNOLD LLP
JACQUELINE M. JAUREGUI  Bar No. 095289
jacqueline.jauregui@sdma.com
AMAND K. MINES Bar No. 155195
amand.mines@sdma.com
801 South Figueroa Street, 18th Floor
Los Angeles, California 90017-5556
Telephone:  (213) 426-6900
Facsimile:  (213) 426-6921

Attorneys for Defendants
GENERAL MOTORS CORPORATION AND ONSTAR CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. GONZALES and BILLY JOE PATTON, JR., On behalf of themselves and all others similarly situated, and on behalf of the general public<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION, a Delaware Corporation, and ONSTAR CORPORATION, a Delaware Corporation,<br><br>Defendants. | Case No. C 07 2580 TEH<br><br>**ORDER SHORTENING TIME TO HEAR MOTION TO STAY PROCEEDINGS PENDING RULING BY MDL PANEL TO CONSOLIDATE** |

The Court has reviewed and considered the *Ex Parte* Application of Defendants General Motors Corporation and OnStar Corporation (hereinafter "Defendants"). Based on the papers submitted and good cause appearing,

/ / /

-1-

-2-

IT IS HEREBY ORDERED THAT:

1. Defendants *Ex Parte* Application is GRANTED. The Court orders that the time to hear Defendants' Motion to Stay Proceedings, filed concurrently with their *Ex Parte* Application, is SHORTENED;

2. The hearing date for the motion shall now be _____ at _____ a.m. in Courtroom ____;

3. Plaintiffs' Opposition, if any, shall be filed no later than _____ and served on Defendants by facimile or hand service by 5 p.m. that day;

4. Reply by Defendants is waived.

IT IS SO ORDERED.

Date: _____

Hon. Thelton Henderson
United States District Court Judge