IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARGARET A. GONZALES, et al.,

    Plaintiffs,

v.

GENERAL MOTORS CORPORATION, et al.,

    Defendants.

NO. C07-2580 TEH

ORDER GRANTING DEFENDANTS' APPLICATION TO SHORTEN TIME TO HEAR MOTION TO STAY PROCEEDINGS

This matter comes before the Court on Defendants' application to shorten time to hear Defendants' motion to stay proceedings pending a determination by the Judicial Panel for Multidistrict Litigation ("JPML") on whether to consolidate this case with other actions pending in other districts. The JPML heard a motion to consolidate these cases on July 26, 2007.

Upon careful consideration of Defendants' application and supporting documents, the Court finds no opposition to be necessary and hereby GRANTS Defendants' application to preserve judicial economy.[1] Accordingly, with good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs shall file an opposition to Defendants' motion to stay on or before **Monday, August 13, 2007.** Defendants have waived their reply.

2. Defendants' motion to stay shall be scheduled for hearing on **Monday, August 20, 2007, at 10:00 AM.** After reviewing the parties' written arguments, the Court may determine that Defendants' motion is suitable for decision without oral argument, in which case the Court will notify the parties prior to the scheduled motion hearing date.

---

[1] However, the Court admonishes Defendants for not filing their motion to stay earlier, so that an application shortening time would not have been necessary. Presumably, the July 26, 2007 hearing was scheduled weeks earlier.

3. To conserve judicial resources and those of the parties, all other matters in this case, including Defendants' pending motion to dismiss, shall be temporarily stayed pending resolution of Defendants' motion to stay.[2] Thus, the parties need not complete their Rule 26(f) planning conference on August 6, and Plaintiffs' opposition to Defendants' motion to dismiss shall no longer be due on August 6.

4. If this Court denies Defendants' motion to stay and the JPML has not issued an order consolidating this case with other cases in another district, then this Court will set prompt deadlines for the parties to complete their Rule 26(f) planning conference, as well as a new case management conference date and a revised briefing and hearing schedule for Defendants' motion to dismiss.

**IT IS SO ORDERED.**

Dated: 08/02/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

---

[2] Defendants could also have accomplished a stay on their motion to dismiss by simply filing a notice continuing the motion hearing date. *See* Civ. L.R. 7-7(a).

2