RECEIVED

07 JUL 27  PM 12: 50

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 0 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES  DISTRICT COURT
Northern District of California

MARGARET A. GONZALES and BILLY
JOE PATTON, JR., on behalf of
themselves and all other similarly situated,

                    Plaintiff(s),

        v.

GENERAL MOTORS CORPORATION,
a Delaware corporation, and ONSTAR
CORPORATION, a Delaware corporation,

                    Defendant(s).
_____/

**CASE NO.  C07 02580 TEH**

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE**

Alexander E. Barnett                    , an active member in good standing of the bar of

New York and the District of Columbia                    whose business address and telephone number

(particular court to which applicant is admitted)

is

1120 Avenue of the Americas, Suite 4019
New York, NY  10036
(212) 362-5770                                                                                    ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Margaret Gonzalez and Billy Joe Patton, Jr. et al.    .

        IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 30 2007

United States District      Judge

UNITED STATES DISTRICT COURT
For the Northern District of California