```
                                                                              FILED
                                                                            AUG 0 1 2007
                                                                          RICHARD W. WIEKING
                        UNITED STATES DISTRICT COURT                   CLERK, U.S. DISTRICT COURT
                                                                      NORTHERN DISTRICT OF CALIFORNIA
                           Northern District of California
```

MARGARET A. GONZALES and BILLY
JOE PATTON, JR., on behalf of
themselves and all other similarly situated,   CASE NO. C07 02580 TEH

             Plaintiff(s),   ~~(Proposed)~~
   v.   ORDER GRANTING APPLICATION
   FOR ADMISSION OF ATTORNEY
GENERAL MOTORS CORPORATION,   *PRO HAC VICE*
a Delaware corporation, and ONSTAR
CORPORATION, a Delaware corporation,

             Defendant(s).

Gary E. Mason                                , an active member in good standing of the bar of

New York, Maryland, the District of Columbia    whose business address and telephone number

(particular court to which applicant is admitted)

is

1225 19th Street, N.W., Suite 500
Washington, DC 20036
(202) 429-2290                                                                              ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Margaret Gonzalez and Billy Joe Patton, Jr. et al.  .

     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 30, 2007                                    _____
                                                        United States District    Judge