UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. GONZALES and BILLY JOE PATTON, JR., on behalf of themselves and all others similarly situated, and one behalf of the general public,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation, and ONSTAR CORPORATION, a Delaware corporation,<br><br>　　　　　　　Defendants. | NO. C07-2580 TEH<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR STAY**<br><br><u>CLASS ACTION</u> |

　　　This matter came before the undersigned on Defendants' Motion to Stay proceedings pending the ruling by the Judicial Panel on Multidistrict Litigation. The Court heard argument of counsel and has reviewed and considered the following briefing and evidence:

　　　1.　　*Ex Parte* Application for Order Shortening Time to Hear Motion to Stay Proceedings Pending Ruling by MDL Panel to Consolidate;

　　　2.　　Defendants' Memorandum of Points and Authorities in Support of Motion to Stay This Action Pending Ruling on Motion to Consolidate by MDL Panel;

3. Declaration of Micki S. Singer (Filed With *Ex Parte* Application to Shorten Time);

4. Plaintiffs' Opposition to Defendants' Motion to Stay; and

5. Declaration of Beth E. Terrell in Support of Plaintiffs' Opposition to Defendants' Motion to Stay.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Motion to Stay is DENIED.

DONE IN OPEN COURT this _____ date of August, 2007.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Micki S. Singer
    Email:  micki.singer@sdma.com
    SEDGWICK, DETERT, MORAN & ARNOLD LLP
    One Market Plaza, Steuart Tower, 8th Floor
    San Francisco, California  94105
    Telephone:     (415) 781-7900
    Facsimile:     (415) 781-2635

    Amand K. Mines
    Email:  amand.mines@sdma.com
    Jacqueline M. Jauregui
    Email:  jacqueline.jauregui@sdma.com
    SEDGWICK, DETERT, MORAN & ARNOLD LLP
    801 South Figueroa Street, 19th Floor
    Los Angeles, California  90017
    Telephone:     (213) 426-6900
    Facsimile:     (213) 426-6921

*Attorneys for Defendants*

DATED at Seattle, Washington, this 13th day of August, 2007.

    TOUSLEY BRAIN STEPHENS PLLC

    By: /s/  Beth E. Terrell
    Beth E. Terrell, CSB #178181
    bterrell@tousley.com
    1700 Seventh Avenue, Suite 2200
    Seattle, Washington  98101-4416
    Telephone:  (206) 682-5600
    Facsimile:  (206) 682-2992

*Attorneys for Plaintiffs*