UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:  Thelton E. Henderson**

**Date**:  August 20, 2007

**Case No:** C 07-02580 TEH

**Case Title**:  MARGARET A. GONZALES, et al.  v. GENERAL MOTORS CORP., et al.

**Appearances:**

    For Plaintiff(s): Michael Ram

    For Defendant(s): Micki Singer

**Deputy Clerk**:  Rowena B. Espinosa    **Court Reporter**: Kathy Wyatt

## *PROCEEDINGS*

1.  Hearing on Defendants' Motion to Stay - held

MOTION/MATTER:  ( ) Granted
               ( ) Denied
               ( ) Granted in part/Denied in part
               (X) Taken under submission
               ( ) Withdrawn/Off Calendar
               ( ) Continued to:

Order to be prepared by:    ( ) Plaintiff    ( ) Defendant    (X) Court