IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARGARET A. GONZALES, et al.,

    Plaintiffs,

v.

GENERAL MOTORS CORPORATION, et al.,

    Defendants.

NO. C07-2580 TEH

ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS AND VACATING DEFENDANTS' MOTION TO DISMISS

    This matter came before the Court on Monday, August 20, 2007, on Defendants' motion to stay proceedings pending a determination by the Judicial Panel for Multidistrict Litigation ("JPML") on whether to consolidate this case with other actions pending in other district courts. The JPML heard a motion to consolidate these cases on July 26, 2007.

    A district court retains jurisdiction to rule on any pending motions while a motion to transfer or consolidate proceedings is pending before the JPML. JPML Rule 1.5. However, the court also has the inherent power to control its own docket, including the power to stay proceedings in the interests of judicial economy, *Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936), and Plaintiffs conceded at oral argument that this Court has the discretion to stay these proceedings if it so desired. When considering whether to grant a motion to stay pending possible transfer to a consolidated multidistrict litigation ("MDL") proceeding, district courts generally consider three factors: "(1) potential prejudice to the non-moving party; (2) hardship and inequity to the moving party if the action is not stayed; and (3) the judicial resources that would be saved by avoiding duplicative litigation if the cases are in fact consolidated." *Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360 (C.D. Cal. 1997).

    Following the parties' oral arguments, the Court orally granted Defendants' motion to stay. As the Court explained, it finds that the judicial economy factor outweighs any

prejudice Plaintiffs claim from a stay. The Court's finding is underscored by the fact that, unbeknownst to the Court and presumably the parties at the time of oral argument, the JPML filed an order on August 17, 2007, transferring this action to the Eastern District of Michigan for MDL proceedings. Thus, even if this Court were to have denied Defendants' motion to stay and reinstated the motion to dismiss, it would not have had time to adjudicate the motion to dismiss prior to the transfer becoming effective.

Accordingly, with good cause appearing, Defendants' motion to stay proceedings is GRANTED. Defendants' motion to dismiss is VACATED, without prejudice to Defendants' re-raising their arguments for dismissal before the MDL court.

**IT IS SO ORDERED.**

Dated:   08/20/07

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT