



**FILED**
SEP 1 8 2007
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RICHARD W. WIEKING AUG 1 7 2007
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

C 07-2580 TEH

IN RE: GENERAL MOTORS ONSTAR
CONTRACT LITIGATION

MDL No. 1867

**TRANSFER ORDER**

FILED
AUG 2 2 2007
CLERK'S OFFICE
DETROIT

**Before the entire Panel**[*]: Defendants General Motors Corp. and OnStar Corp. (OnStar) have moved, pursuant to 28 U.S.C. § 1407, to centralize this litigation for coordinated or consolidated pretrial proceedings in the Eastern District of Michigan. Plaintiffs in the Eastern District of Michigan actions support this motion, while plaintiffs in the Northern District of California action oppose centralization.

This litigation presently consists of four actions listed on Schedule A and pending in two districts as follows: three actions in the Eastern District of Michigan[1] and one action in the Northern District of California.

On the basis of the papers filed and hearing session held, we find that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the Eastern District of Michigan will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions share factual allegations relating to (1) the impact of the conversion of the cellular network from an analog/digital network to a digital-only network on December 31, 2007, and (2) the availability of OnStar service in certain vehicles thereafter. Centralization under Section 1407 will eliminate duplicative discovery; avoid inconsistent pretrial rulings, especially with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary.

We are also persuaded that the Eastern District of Michigan is an appropriate transferee district for this litigation, because (1) three actions and a potential tag-along action are currently pending in this district, and (2) relevant documents and witnesses are likely located in or near defendants' facilities in Michigan.

---

[*] Judge Scirica took no part in the disposition of this matter.

[1] One of the three Eastern District of Michigan actions has been recently transferred there pursuant to 28 U.S.C. § 1404(a) from the Eastern District of Pennsylvania. The Panel has been notified that several other related actions have recently been filed in multiple districts. These actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

I hereby certify that the foregoing is a true copy of the original on file in this Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By_____
           Deputy

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the action listed on Schedule A and pending in the Northern District of California is transferred to the Eastern District of Michigan and, with the consent of that court, assigned to the Honorable Sean F. Cox for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

D. Lowell Jensen          J. Frederick Motz
Robert L. Miller, Jr.     Kathryn H. Vratil
David R. Hansen           Anthony J. Scirica*

**IN RE: GENERAL MOTORS ONSTAR**
**CONTRACT LITIGATION**                                   MDL No. 1867

### SCHEDULE A

<u>Northern District of California</u>

Margaret A. Gonzales, et al. v. General Motors Corp, et al., C.A. No. 3:07-2580     07-13797

<u>Eastern District of Michigan</u>

Howard Morris, et al. v. General Motors Corp., C.A. No. 2:07-11830
Robert C. Weaver v. OnStar Corp., et al., C.A. No. 2:07-12036
Robert G. Gordon, et al. v. OnStar Corp., et al., C.A. No. 2:07-12971

, on Multidistrict Litigation - Panel Attorney Service List                                    Page 1

1867 - IN RE General Motors OnStar Contract Litigation
Transferred on 08/17/2007
,sferee District: MIE     Judge: Cox, Sean F.                                               Printed on 08/20/2007

| TORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Daniels, Timothy A.<br>Figari & Davenport, L.L.P.<br>3400 Bank of America Plaza<br>901 Main Street<br>Dallas, TX 75202 | => Phone: (214) 939-2016  Fax: (214) 939-2090<br>General Motors Corp.*; OnStar Corp.* |
| Miller, E. Powell<br>Miller Law Firm, PC<br>Miller Shea Building<br>950 West University Drive<br>Suite 300<br>Rochester, MI 48307 | => Phone: (248) 841-2200  Fax: (248) 652-2852<br>Jacovelli, Jack; Johnson, Bruce; Morris, Howard S.<br>7-11830  7-11830 \| 7-11830 |
| Oufnac, Kevin L.<br>Kahn Gauthier Swick, LLC<br>650 Poydras Street<br>Suite 2150<br>New Orleans, LA 70130 | => Phone: (504) 455-1400  Fax: (504) 455-1498<br>Gonzales, Margaret A.*<br>07-13797 |
| Ram, Michael F.<br>Levy, Ram, & Olson LLP<br>639 Front Street<br>4th Floor<br>San Francisco, CA 94111 | => Phone: (415) 433-4949  Fax: (415) 433-7311<br>Patton, Jr., Billy Joe*<br>07-13797 |
| Smolow, Ronald J.<br>Smolow & Landis<br>Two Neshaminy Interplex<br>Suite 204<br>Trevose, PA 19053 | => Phone: (215) 244-0880  Fax: (215) 244-0425<br>Gordon, Robert G.*; Gordon, Sarah L.*<br>7-13971 |
| Young, Lance C.<br>Law Office of Lance C. Young<br>43311 Joy Road, # 244<br>Canton, MI 48187 | =><br>Weaver, Robert C.<br>7-12036 |

Note: Please refer to the report title page for complete report scope and key.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re: General Motors OnStar
Contract Litigation

MDL Docket No. 1867

Honorable Sean F. Cox

## Notice to Attorneys involved in MDL Docket No. 1867

The order transferring this litigation to the United States District Court for the Eastern District of Michigan was filed with this Court on August 17, 2007. The cases have been assigned to the Honorable Sean F. Cox. All filings in MDL 1867 (07md1867) are to be electronically filed using the Case Management/Electronic Case Files (CM/ECF) system and a paper copy for the judge submitted to the following address:

Judge Sean F. Cox
Multidistrict Litigation
2nd Floor, Room 257
231 W. Lafayette Blvd.
Detroit, MI 48226

A copy of the Local Rules for the Eastern District of Michigan can be obtained at our website: www.mied.uscourts.gov.

### Electronic Filing:

The Eastern District of Michigan has mandatory e-filing beginning December 1, 2005 (E.D. Mich. LR 5.1.1(a)). Benefits of the system include filing and retrieving documents electronically as well as receiving electronic notice of the orders entered by the Court and the filings of other counsel in the litigation.

**All attorneys who participate in MDL 1867 should complete the process to obtain a login and password.** To begin, an attorney must fill out and electronically submit the On-line Registration Form on the Court's website: www.mied.uscourts.gov under Electronic Filing.

As part of the registration process, the attorney is e-mailed instructions that state the attorney must fax a validation statement to the Court after completing the On-line Registration Form.

In order to retrieve documents from the CM/ECF system, **attorneys and law firm staff will also need a PACER (Public Access to Court Electronic Records) account**. PACER is a national system that includes case information from nearly all federal courts. Users who do not have a PACER account will not be able to view or retrieve docket sheets or documents.

PACER accounts can be established through the PACER Service Center:

http://pacer.psc.uscourts.gov

PACER Service Center
P.O. Box 780549
San Antonio, TX 78278
(800) 676-6856
(210) 301-6440

If you have any questions regarding this Notice, please contact Operations Manager Kevin Williams at (313) 234-5041.

                                              Clerk of Court

                                               s/ David J. Weaver
                                               David J. Weaver

United States District Court
Eastern District of Michigan
231 W. Lafayette Blvd.
Detroit, MI 48226

**RECEIVED**

September 12, 2007

United States District Court
Northern District of California
Office of the Clerk
450 Golden Gate Ave, 16th Floor
San Francisco, CA 94102

SEP 18 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: MDL 1867 – General Motors OnStar Contract Litigation

| Transfer of Civil Case | CAN # | MIE # |
|---|---|---|
| **Margaret A Gonzales v General Motors Corp** | 3:07-2580 TEH | 07-13797 |

Dear Sir/Madam:

　　Enclosed is a certified copy (or copies) of Transfer Order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action(s) to the Eastern District of Michigan pursuant to 28 U.S.C. Section 1407. The Honorable Sean F Cox is to preside over this litigation.

　　**If the case(s) has been entered into CM/ECF please e-mail the Clerk's Office at the addresses below after the case(s) has been closed. We will retrieve documents electronically. If case(s) is not available on the internet, please provide ONLY a certified copy of the docket sheet and a certified copy of the complaint with any amendments.**

　　Eastern District of Michigan case numbers have been assigned and are referenced above.

　　Should you have any questions regarding this request, please call me at the number below.

Sincerely,

David J. Weaver, Clerk

By: *[signature]*
Sarah Schoenherr
Data Quality Analyst
(313) 234-5090

Sarah_Schoenherr@mied.uscourts.gov