**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

---

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 19, 2007

United States District Court
Eastern District of Michigan
Office of the Clerk
231 W. Lafayette Blvd.
Detroit, MI   48226

**RE:   Margaret A. Gonzales, et al.  -v- General Motors Corp., et al.,  C-07-2580-TEH**
       **In re General Motors OnStar Contract Litigation, MDL  No. 1867 & No. 07-CV-13797**

Dear Clerk,

    Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith are:

- ☐   Certified copy of docket entries.
- ☐   Certified copy of Transferral Order.
- ☐   Original case file documents.
- ☒   Please access the electronic case file for all the pleadings you may need.

        Sincerely,
        RICHARD W. WIEKING, Clerk


        by:  Thelma Nudo
            Deputy Clerk


Enclosures
Copies to counsel of record